PLAINTIFFS
MARIA VEGA VS

MR CAMP JEREMY
MR BOGGS CARLTON LEON        5:26-CV-10-CEM-PRL
MR GEORGIOUS.                CASE NO
                             ~~5:25-CV-00545-PRL~~

COMPLAINT 1983, 42 USC
LAWSUIT

    I AM FILEING A LAWSUIT AGAINST ALL THREE MEN MR JEREMY CAMP II MR GEORGIOUS AN OFFICER WHO KNEW ABOUT THE FUNDS OF THE LAWSUIT, AN MR CARLTON LEON BOGGS PHONE 754-465-2190; MR GEORGIOUS FLORIDA WOMEN RECEPTION CENTER JEREMY CAMP HIS INFORMATION IS IN TRUIST BANK WHERE YOU COULD LOCATION HIM.

    MR JEREMY CAMP AN THESE MENS ARE AFTER MY FORTUNE; THEY WANT MONEY. MR CAMP AT SOME POINT DIDN'T COMPLY WITH THE REQUIREMENT, I CLAIM. JEREMY CAMP FAIL TO MEET THE STANDARD AS WELL. WHEN, I EVIDENTLY SENT HIM TO PAID THE COURT FEE, SO, I HAD SEND THE OTHER JEREMY CAMP III TO DO THE DUTY. THESE SINGERS ALL SING CHRISTIANS SONGS, THEY HAVE THERE OWN CD MUSIC. FOR CHURCH. UNLESS, THERE WHERE OTHER MOTIVE THAT'S WHAT THESE MENS CRAVE. I CAN'T LET THEM HAVE MY FORTUNE THESE 3 MENS I CLAIM. MENTION ABOVE IN FIRST PARAGRAPH. THEY WANT MY ENTIRE FORTUNE, I'LL PAY THE JUDGE $1 BILLION DOLLAR IF THEY TAKE MY SIDE OVER THERES. PUT $400 BILLION INTO WELLS FARGO BANK, I'LL WILL BE SENDING JEREMY CAMP III TO PAY UP LEGAL FEE.

THESE 3 MENS, MR CAMP, MR. GEORGIOUS, MR BOGGS, WILL NOT STOP UNTIL THEY GET MY ENTIRE FUNDS I CLAIMS. HIM AN THE OTHER TWO MENS WANT TO SUIE THE TRUIST BANK FOR THE ENTIRE FUNDS, I PAY JEREMY CAMP II $900,000.00, HE WANTED MORE FUNDS. MR GEORGIOUS I PAY HIM $5 MILLION, HE ALSO WANT MY FORTUNE, DUE HE ALSO WANT TO SUE THE BANK, I CLAIM. I ALSO ELSE PAY MR BOGGS, $2 MILLION. YOU COULD CHECK FOR IT IN TRUIST BANK THE AMOUNT GIVEN TO THEM. SO JEREMY CAMPS II SENT TO THE BANK TO GET PAY. HE STILL DIDN'T DO WHAT HE WAS SUPPOSE TO DO. JEREMY CAMP II HE DELIBRATELY, HE DID BY KEEPING THE FUNDS, I CLAIM. I AM SO HURT, THERE ARE ALSO OTHERS PEOPLE AS WELL. PLEASE DON'T LET THEM. I SUEING FOR $400 BILLION EACH. SO THE COURT, CIVIL COURT, TAKE IT OUT OF THEIR SOCIAL SECURITY. THEY ALL WANTS MORE FUNDS. - $400 BILLION ON EACH DEFENDANT. HELP PLEASE. BE AWARE OF CIRCUMSTANTIAL. -
WHEREFORE, I PRAY FOR THESE CIVIL COURT, UNITED STATE DISTRICT COURT GRANT MY WHISH. AT FUNDS I AM REQUESTING, I'LL PAY THE JUDGES II $1 BILLION EACH FOR THE HELP I CAN GET. MARIA VEGA PLAINTIFF. AN ALL DEFENDANT, MR. CAMP J., C.L. MR BOGGS, MR GEORGIOUS.

AMENDMENT I

CONGRESS SHALL MAKE NO LAW RESPECTING AN ESTABLISHMENT OF RELIGION, OR PROHIBITING THE FREE EXERCISE THEREOF; OR ABRIDING THE FREEDOM OF SPEECH, OR OF PRESS; OR THE RIGHT OF THE PEOPLE PEACEABLY TO ASSEMBLE, AN TO PETITION THE GOVERNMENT FOR A REDRESS OF GRIEVANCES.

AMENDMENT VIII

EXCESSIVE BAIL SHALL NOT BE REQUIRED, NOR EXCESSIVE FINES IMPOSED, NOR CRUEL AN UNUSUAL PUNISHMENTS INFLICTED.

REQUIRE $400 BILLION FROM SOCIAL SECURITY. TRANSFER FUNDS TO WELLS FARGO BANK, $400 BILLION EACH INDIVIDUAL.

THANK ALOT.
JAIL HOUSE LAWYER
SELF REPRESENTATION
*Maria Vega*
MARIA VEGA.

TAKE THE FUNDS OUT WELLS FARGO BANK, I AM JAILHOUSE LAWYER MARIA VEGA IS AUTHORING FOR THE JUDGE PHILIP R. LAMMEN TO TAKE FUNDS OUT OF MY WELLS FARGO BANK. SEND FORMA PAPEROS FOR ME TO FILL OUT, THEN ALSO TAKE OUT ALSO, $ ONE BILLION TENDER. FUNDS FOR EACH FOR JUDGE. AN $2,000 THOUSAND FOR LEGAL FEE. Maria Vega WAIT ON MONDAY FOR MY FUNDS BE TRANSFER TO WELLS FARGO.

MARIA VEGA #OK63447
JAIL HOUSE LAWYER
PRACTICE LAW.
F.W.R.C
3700 N.W. 111th PLACE
Ocala, FL 34482

JACKSONVILLE RPDC 320
30 DEC 2025 AM 1 L
US POSTAGE PITNEY BOWES
$000.740
DEC 29 2025

MAIL ORIGINATED IN STATE CORRECTIONAL INSTITUTIONAL
SCREENED By USMS

UNITED STATES DISTRICT COURT
USDC
207 N.W SECOND STREET
RM 337
Ocala, FL 34475-6666

3447E-660399

Provided to Florida Women Reception Center Correctional Inution on _____ for ming.

12/29/25